**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ANNA MELIS, | |
| Plaintiff, | Case No.: 1:26-cv-01898 |
| v. | Judge Jeffrey I. Cummings |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**DECLARATION OF KEITH A. VOGT**

I, Keith A. Vogt, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the TRO, Plaintiff has contacted Amazon and PayPal to restrain accounts associated with the Defendant Internet Stores.

3. Exhibit 1 attached hereto is a true and correct copy of unpublished decisions cited in Plaintiff's Memorandum.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2026.

*/s/Keith A. Vogt*
Keith A. Vogt